IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MIDDLESEX INSURANCE COMPANY,** *as subrogee of Jay and Vivek MS LLC* | § § § § § | **PLAINTIFF** |
| **v.** | § § § | Civil No. 1:22cv210-HSO-BWR |
| **AAERCON CONSTRUCTORS LLC** and **JOHN DOES A-D** | § § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed without prejudice.

**SO ORDERED** this the 16th day of August, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE